# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ● NO

**DOCKET NUMBER:** 3:25 cr 346-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

**CASE NAME** : US vs SYLVESTER STEWART MILLER

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** : 3:21 cr 165

Magistrate Judge Case Number :

Search Warrant Case Number :

Miscellaneous Case Number :

Rule 20b :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. § 922(g)(1)

**JUVENILE:**  ◯ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : MATTHEW WARREN

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : NO

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**