# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Sylvester Stewart Miller

Case Number: 3:25 cr 346 - KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 USC 922(g)(1) | N/A | NMT 15 years imprisonment; $250,000 fine; NMT 3 years SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?   ☐ YES   ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?   ☐ YES   ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?   ☐ YES   ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES   ☐ BRANDISH
☐ DISCHARGE